ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
SDC Contracting, Inc.                                )  ASBCA No. 63469
                                                     )
Under Contract No. FA6712-21-P-0012                  )

APPEARANCES FOR THE APPELLANT:        Anthony J. Mazzeo, Esq.
                                      Gaela R. Normile, Esq.
                                        Woods Rogers Vandeventer Black PLC
                                      Norfolk, VA

APPEARANCES FOR THE GOVERNMENT:       Caryl A. Potter, III, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                      Lawrence M. Anderson, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 12, 2024

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63469, Appeal of SDC Contracting, Inc., rendered in conformance with the Board's Charter.

Dated: March 12, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals